UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| MICHAEL SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:19–CV–34 |
| | ) | |
| JEROME BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated March 26, 2020. [Doc. 44]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiffs' Motion to Amend their complaint be granted in part and denied in part. [*Id.*]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 44], and that Plaintiffs' Motion to Amend is GRANTED in part and DENIED in part. Consistent with the Magistrate Judge's Report and Recommendation, Plaintiffs are ORDERED to file an amended complaint that conforms with the report and recommendation within seven days of entry of this Order.

1

So ordered.

ENTER:

<u>s/J. RONNIE GREER</u>
UNITED STATES DISTRICT JUDGE

2